**Opinion issued February 27, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

## NO. 01-24-00966-CV

————————————

**JOHN MCKAIG SPAFFORD, JR., Appellant**

**V.**

**AIG PROPERTY CASUALTY COMPANY
AS SUBROGEE OF SCOTT SANDERS, Appellee**

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Case No. 2024-03941**

---

## MEMORANDUM OPINION

Appellant, John McKaig Spafford, Jr., has filed a motion for voluntary dismissal of his appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). More than ten days have elapsed since

the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.